IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA DAHLBERG,

    Plaintiff,

vs.                                                Civ. No. 11-203 RHS/LFG

MCT TRANSPORTATION, LLC, et al.,

    Defendants.

**ORDER SETTING ASIDE ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF ARI N. RODOPOULOS**

    **THIS MATTER** having come before the Court on a *sua sponte* review of the pleadings and upon consultation with the Clerk of the Court, it appears that Amara Aaron, Attorney at Law, has not entered her appearance in the above-captioned cause and is therefore not entitled to participate in motion practice.  Further, Ms. Aaron is two years delinquent in her Federal Bar dues which means she is not a member in good standing with the Court.  Finally, Ms. Aaron has not cited nor complied with D.N.M. LR-Civ. 83.2 and 83.3 in her motion.  Therefore, for reasons stated, the Court concludes that the  Motion for Admission *Pro Hac Vice* of Ari N. Rodopoulos [docket no. 10] should have properly been denied.

    **IT IS THEREFORE ORDERED** that the Order Granting the Motion for Admission *Pro Hac Vice* of Ari N. Rodopoulos [docket no. 11] is hereby set aside and the Motion [docket no. 10] is hereby denied.

                                                      *Robert Hayes Scott*
                                                    ROBERT HAYES SCOTT
                                                    UNITED STATES MAGISTRATE JUDGE