IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA DAHLBERG, individually and as
Personal representative of decedent
Ronald Dahlberg,

        Plaintiff,

v.                                        CIV 11-203 MCA/KBM

MCT TRANSPORTATION, LLC and
DANIEL J. O'BRIEN

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    Chief Magistrate Judge Karen Molzen filed her Proposed Findings and Recommended Disposition on April 9, 2015, *(Doc. 377)*. The proposed findings notify the parties that objections were due on April 27, 2015, and that the failure to file objections waives appellate review. No objections have been filed by either party.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 377)* is ADOPTED;

2. Defendants' Motion for Order to Show Cause *(Doc. 367)* is DENIED.

                                                                          _____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE